| | |
|---|---|
| 1 | Suzanne Solomon, Bar No. 169005 |
| | ssolomon@lcwlegal.com |
| 2 | LIEBERT CASSIDY WHITMORE |
| | A Professional Law Corporation |
| 3 | 135 Main Street, 7th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone: 415.512.3000 |
| | Facsimile: 415.856.0306 |
| 5 | |
| | Veronica A.F. Nebb |
| 6 | veronica.nebb@cityofvallejo.net |
| | City Attorney, SBN 140001 |
| 7 | Katelyn M. Knight |
| | katelyn.knight@cityofvallejo.net |
| 8 | Assistant City Attorney, SBN 264573 |
| | City of Vallejo, City Hall |
| 9 | 555 Santa Clara, 3rd Floor |
| | Vallejo, CA 94590 |
| 10 | Telephone: 707.648.4545 |
| | Facsimile: 707.648.4687 |
| 11 | |
| | Attorneys for Defendants |
| 12 | |
| | David P. Mastagni, Bar No. 57721 |
| 13 | dmastagni@mastagni.com |
| | David E. Mastagni, Bar No. 204244 |
| 14 | davidm@mastagni.com |
| | Kathleen N. Mastagni Storm, Bar No. 244298 |
| 15 | kathleen@mastagni.com |
| | Cheryl Carlson, Bar No. 118102 |
| 16 | ccarlson@mastagni.com |
| | MASTAGNI HOLSTEDT |
| 17 | A Professional Corporation |
| | 1912 "I" Street |
| 18 | Sacramento, California 95811 |
| | Telephone: 916.446.4692 |
| 19 | Facsimile: 916.447.2614 |
| 20 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 24 | THE VALLEJO POLICE OFFICERS' ASSOCIATION, a labor union; | Case No.: 2:21-cv-00454-KJM-CKD |
| 25 | MICHAEL NICHELINI, an individual, | |
| 26 | Plaintiffs, | **STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING; ORDER** |
| 27 | v. | **[LOCAL RULE 144]** |
| 28 | CITY OF VALLEJO, a municipal | |

1

Stipulation re Extension of Time re Pleadings

9624778.3 VA040-034

| | |
|---|---|
| 1 | corporation; THE VALLEJO POLICE DEPARTMENT, a municipal |
| 2 | corporation; SHAWNY WILLIAMS, individually and in his official capacity |
| 3 | as Chief of Police for the City of Vallejo; GREG NYHOFF, in his official capacity |
| 4 | as City Manager for the City of Vallejo; ANNE CARDWELL, in her official |
| 5 | capacity as Assistant City Manager for the City of Vallejo; BOB SAMPAYAN, |
| 6 | in his official capacity as Mayor for the City of Vallejo; HERMIE SUNGA, in |
| 7 | his official capacity as Vice Mayor for the City of Vallejo; CRISTINA |
| 8 | ARRIOLA, in her official capacity as City Councilmember for the City of |
| 9 | Vallejo; HAKEEM BROWN, in his official capacity as City Councilmember |
| 10 | for the City of Vallejo; PIPPIN DEW, in her official capacity as City |
| 11 | Councilmember for the City of Vallejo; MINA DIAZ, in her official capacity as |
| 12 | City Councilmember for the City of Vallejo ROBERT McCONNELL, in his |
| 13 | official capacity as City Councilmember and Mayor for the City of Vallejo; |
| 14 | KATY MIESSNER, in her official capacity as City Councilmember for the |
| 15 | City of Vallejo; ROZZANA VERDER-ALIGA, in her official capacity as City |
| 16 | Councilmember and Vice Mayor for the City of Vallejo; and DOES 1 through |
| 17 | 100, inclusive, |
| 18 | Defendants. |

Defendants City of Vallejo, Shawny Williams, Greg Nyhoff, Anne Cardwell, Cristina Arriola, Hakeem Brown, Pippin Dew, Mina Diaz, Robert McConnell, Katy Miessner, and Rozzana Verder-Aliga ("Defendants"), and Plaintiffs Vallejo Police Officers Association and Michael Nichelini (collectively, "Plaintiffs") (collectively, "Parties"), by and through their counsels of record, hereby stipulate to extend Defendants' deadline to respond to Plaintiffs' First Amended Complaint, as follows:

WHEREAS, on March 12, 2021, Plaintiffs filed their initial Complaint;

WHEREAS, on March 19, 2021, the Parties stipulated to a 28-day extension of time for Defendants to respond to Plaintiffs' Complaint pursuant to Local Rule 144(a), thus extending to

2

Stipulation re Extension of Time to File Responsive Pleading

9624778.3 VA040-034

1 May 3, 2021, Defendants' deadline file a responsive pleading to Plaintiffs' Complaint;

2 WHEREAS, on April 2, 2021, Plaintiffs filed a First Amended Complaint pursuant to

3 Federal Rule of Civil Procedure 15(a)(1)(A). Pursuant to Federal Rule of Civil Procedure

4 15(a)(3), Defendants' deadline to respond to the First Amended Complaint is May 3, 2021;

5 WHEREAS, on April 16, 2021, Defendants' counsel initiated meet and confer

6 correspondence with Plaintiffs' counsel regarding Defendants' contentions that there are

7 deficiencies in the First Amended Complaint that would be raised in a Motion to Dismiss;

8 WHEREAS, on April 22, 2021, Plaintiffs' counsel agreed to further meet and confer

9 regarding Defendants' contentions that there are deficiencies in the First Amended Complaint;

10 WHEREAS, the Parties anticipate that their meet and confer regarding the First Amended

11 Complaint, which will be completed on or before May 7, 2021, will result in the Parties'

12 stipulating to Plaintiffs' filing a Second Amended Complaint, on or before May 21, 2021;

13 WHEREAS, the Parties wish to extend the deadline for Defendants' to respond to the First

14 Amended Complaint that is far enough out such that the anticipated Second Amended Complaint

15 will be filed before Defendants need to respond to the First Amended Complaint, in order to

16 avoid unnecessary motion practice regarding the First Amended Complaint;

17 WHEREAS, the Parties do not believe that this extension of time will result in the need to

18 extend any other deadlines in this action;

19 IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES

20 AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS:

21 Defendants' deadline to file a responsive pleading to the First Amended Complaint is June

22 4, 2021.

23 IT IS SO STIPULATED.

Liebert Cassidy Whitmore
A Professional Law Corporation
Sacramento, California 95811

| | |
|---|---|
| Dated: April 29, 2021 | LIEBERT CASSIDY WHITMORE |
| | By: /s/ Suzanne Solomon |
| | Suzanne Solomon |
| | Attorneys for Defendants |
| Dated: April 29, 2021 | MASTAGNI HOLSTEDT |
| | By: /s/ Cheryl Carlson (as authorized on April 29, 2021) |
| | David E. Mastagni |
| | Cheryl Carlson |
| | Attorneys for Plaintiffs |

# ORDER

Pursuant to the stipulation of Plaintiffs Vallejo Police Officers Association and Michael Nichelini (collectively, Plaintiffs) and Defendants City of Vallejo, Shawny Williams, Greg Nyhoff, Anne Cardwell, Cristina Arriola, Hakeem Brown, Pippin Dew, Mina Diaz, Robert McConnell, Katy Miessner, and Rozzana Verder-Aliga (collectively, "Defendants"), and GOOD CAUSE appearing, it is hereby ordered that:

Defendants' deadline to file a responsive pleading to the First Amended Complaint is June 4, 2021.

IT IS SO ORDERED.

Dated: May 12, 2021

CHIEF UNITED STATES DISTRICT JUDGE