UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VALLEJO POLICE OFFICERS' ASSOCIATION, a labor union; MICHAEL NICHELINI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO et al.,<br><br>Defendants. | Case No.: 2:21-cv-00454-KJM-CKD<br><br>ORDER |

The court has reviewed the parties' stipulation, ECF No. 14, and good cause appearing, approves the following:

(1) Plaintiffs shall file their second amended complaint by June 16, 2021, and that complaint will become the operative complaint in this action.

(2) Upon the filing of plaintiffs' second amended complaint, plaintiffs' pending motion for leave to file second amended complaint, ECF No. 12, is deemed withdrawn and the motion hearing date set for June 18, 2021 is vacated.

(3) Defendants' motion(s) in response to the second amended complaint shall be filed by June 25, 2021;

(4) Motion hearing for defendants' response to the second amended complaint shall be noticed for no later than August 6, 2021.  Plaintiffs' opposition(s) shall be filed as provided by Local Rule 230(c), not less than fourteen (14) days preceding the noticed (or continued) hearing

/////

date, and any Reply shall be filed as provided by Local Rule 230(d), not less than seven (7) days preceding the hearing date.

    (5) The parties are directed to follow the page limits in this court's standing order for both the initial and opposition briefs.

    (6) The Initial Scheduling Conference set for July 22, 2021 is VACATED and RESET for September 30, 2021 at 2:30 p.m., and the parties are directed to file of a joint status report 14 days prior to the Scheduling Conference.

    IT IS SO ORDERED.

    This order resolves ECF No. 14.

DATED: June 15, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE