UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Vallejo Police Officers' Association, et al., | No. 2:21-cv-00454-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| City of Vallejo, et al., | |
| Defendants. | |

On July 30, 2021, the parties stipulated to a referral to the court's voluntary dispute resolution program (VDRP).  *See* ECF No. 23.  The court refers this case to VDRP at the parties' stipulated request for a conference to be scheduled in accordance with E.D. Cal. Local Rule 271.  The parties are directed to file a joint report seven (7) days after the completion of VDRP updating the court on the status of settlement discussions, *see* Local Rule 240.

The hearings on defendant's motion to dismiss (ECF No. 18) and Status (Pretrial Scheduling) Conference scheduled for August 17, 2021 are vacated.

This order resolves ECF No. 23.

IT IS SO ORDERED.

DATED: August 4, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1