DAVID P. MASTAGNI, ESQ. (SBN 57721)
dmastagni@mastagni.com
GRANT A. WINTER (SBN 266329)
gwinter@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 I Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs Vallejo Police Officers'
Association and Michael Nichelini

Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
Troy Heisman, Bar No. 343572
theisman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Katelyn M. Knight, Bar No. 264573
katelyn.knight@cityofvallejo.net
CITY OF VALLEJO
555 Santa Clara Street
Vallejo, CA 94590
Telephone: (707) 648-4388

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VALLEJO POLICE OFFICERS' ASSOCIATION, a labor union; MICHAEL NICHELINI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; THE VALLEJO POLICE DEPARTMENT, a municipal corporation; SHAWNY WILLIAMS, individually and in his official capacity as Chief of Police for the City of Vallejo; GREG NYHOFF, in his official capacity | Case No.: 2:21-cv-00454-DAD-CKD<br><br>Complaint Filed: March 12, 2021<br>FAC Filed: April 2, 2021<br>SAC Filed: June 16, 2021<br><br>**JOINT STATUS REPORT RE ADR** |

| | |
|---|---|
| as City Manager for the City of Vallejo; ANNE CARDWELL, in her official capacity as Assistant City Manager for the City of Vallejo; BOB SAMPAYAN, in his official capacity as Mayor for the City of Vallejo; HERMIE SUNGA, in his official capacity as Vice Mayor for the City of Vallejo; CRISTINA ARRIOLA, in her official capacity as City Councilmember for the City of Vallejo; HAKEEM BROWN, in his official capacity as City Councilmember for the City of Vallejo; PIPPIN DEW, in her official capacity as City Councilmember for the City of Vallejo; MINA DIAZ, in her official capacity as City Councilmember for the City of Vallejo; ROBERT McCONNELL, in his official capacity as City Councilmember for the City of Vallejo; KATY MIESSNER, in her official capacity as City Councilmember for the City of Vallejo; ROZZANA VERDER-ALIGA, in her official capacity as City Councilmember and Vice Mayor for the City of Vallejo; and DOES 1 through 100, inclusive,<br><br>                    Defendant. | |

The parties conducted a mediation on September 14, 2022, with mediator Michelle Reinglass of Judicate West.  The case was not resolved at the mediation and the parties are proceeding with litigation.

Respectfully Submitted,

Dated:  September 22, 2022

MASTAGNI HOLSTEDT

By: /s/ *Grant A. Winter*
　　　Grant A. Winter
　　　Attorneys for Plaintiffs

| | |
|---|---|
| Dated: October 22, 2022 | Respectfully submitted, |
| | LIEBERT CASSIDY WHITMORE |
| | By: /s/ *Suzanne Solomon* |
| |       Suzanne Solomon |
| |       Troy Heisman |
| |       Attorneys for Defendants |

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

3

Joint Status Report re ADR

10221902.1 VA040-034