## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**VALLEJO POLICE OFFICERS' ASSOCIATION, ET AL.,**

v.

**CITY OF VALLEJO, ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:21−CV−00454−DAD−CKD**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/9/2024**

**Keith Holland**
Clerk of Court

ENTERED: **April 9, 2024**

by: /s/ L. Mena−Sanchez
Deputy Clerk